[No. 10845.   Department Two.   May 10, 1913.]

C. W. HADLEY et al., Appellants, v. WASHINGTON METEOR MINING
COMPANY et al., Respondents.[1]

Appeal from a judgment of the superior court for Chelan county,
Steiner, J., entered April 20, 1912, upon findings in favor of the de-
fendants, after a trial on the merits before the court without a jury,
in an action to determine the title to mining claims.   Affirmed.

*John T. Mulligan,* for appellants.

PER CURIAM.—The appellants, who are stockholders in the Wash-
ington Meteor Mining Company, a corporation, brought this action
against the respondents to try title to certain unpatented mining
claims.   The mining claims in question are in the possession of the
respondent Blewett Mine Leasing Company, and title to the claims
is asserted by that company.   The action is predicated on fraud and
deceit.   It is alleged, in substance that the property in question is
the property of the Washington Meteor Mining Company, and that
formerly the title to the several mining claims mentioned stood in
its name, and that the individual defendants, while officers of the
mining company, so manipulated its affairs as to fraudulently de-
prive that company of the legal title and vest such title in the leas-
ing company.   The questions involved are questions of fact.   These
received painstaking examination by the court below, which reached
the conclusion that fraud or deceit had not been proven.   Our exam-
ination of the record has convinced us that this conclusion is just,
and as a review of the evidence would but encumber the records and
serve no useful purpose, we direct that the judgment stand affirmed.

[1]Reported in 132 Pac. 1199.